```
 1  LAURA E. DUFFY
    United States Attorney
 2  WYNNE D. SPADAFORA
    Assistant U. S. Attorney
 3  California State Bar No.: 148161
    880 Front Street
 4  San Diego, CA 92101
    Telephone: (619) 557-6775
 5
```

FILED
OCT 27 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,  )<br>    v.  )<br>  )<br>RAMON ROBLES-VALENZUELA,  )<br>  )<br>          Defendant.  )<br>_____) | Case No. **11MJ9552**<br><br>GOVERNMENT'S<br>REQUEST AND ORDER<br><u>TO DISMISS COMPLAINT</u> |

COMES NOW Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, LAURA E. DUFFY, United States Attorney, and Wynne D. Spadafora, Assistant United States Attorney, and respectfully requests, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, the Court dismiss the Complaint in the above-entitled case without prejudice. This request is made in the interest of justice.

DATED: October 27, 2011.

LAURA E. DUFFY
United States Attorney

WYNNE D. SPADAFORA
Assistant U.S. Attorney

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 11MJ9552 |
|---|---|
| Plaintiff, | ) **ORDER TO DISMISS** |
| v. | ) **COMPLAINT** |
| RAMON ROBLES-VALENZUELA, | ) |
| Defendant. | ) |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

**IT IS HEREBY ORDERED** that the above-entitled Complaint charging Defendant with violating Title 8, United States Code, Section 1326, Deported Alien Found in the United States, filed on October 17, 2011, be dismissed without prejudice.

**IT IS FURTHER ORDERED** that the Defendant be released, if in custody, or that bond be exonerated, if bond posted.

**IT IS FURTHER ORDERED** that any pending hearing dates be vacated.

DATED: October 27, 2011.

HON. PETER C. LEWIS
United States Magistrate Judge

Presented by:

LAURA E. DUFFY
United States Attorney

WYNNE D. SPADAFORA
Assistant U.S. Attorney